IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHON BENNETT, :
    Petitioner, : CIVIL ACTION
:
v. :
: No. 17-3081
SUPERINTENDENT ERIC TICE *et al.*, :
    Respondents. :

# O R D E R

**AND NOW**, this 19th day of March, 2019, upon consideration of Petitioner Stephon Bennett's Petition for Writ of Habeas Corpus (Doc. No. 1), Petitioner's Memorandum of Law in Support (Doc. No. 12), Respondents' response thereto (Doc. No. 19), Petitioner's Reply in Opposition (Doc. No. 21), upon review of the Report & Recommendation of U.S. Magistrate Judge Lynne A. Sitarski (Doc. No. 23), and Petitioner's failure to respond thereto, it is **ORDERED** that:

1. The Report & Recommendation (Doc. No. 23) is **APPROVED** and **ADOPTED**;

2. Mr. Bennett's Petition for Writ of Habeas Corpus is **DENIED**; and

3. The Clerk of the Court shall mark this case **CLOSED** for all purposes, including statistics.[1]

BY THE COURT:

/s/ Gene E.K. Pratte
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Bennett did not file any timely objection to the Report & Recommendation. In any event, the Court's independent review of the record and the parties' filings reveals that Magistrate Judge Sitarski's reasoning and conclusion are correct, and that Mr. Bennett's Petition lacks merit.